<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-1979**

───────────

ROSA J. COLEY,

 Plaintiff - Appellant,

 versus

SOCIAL SECURITY ADMINISTRATION,

 Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, District Judge. (CA-99-152-4-1H)

───────────

Submitted: October 12, 2000      Decided: October 19, 2000

───────────

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Rosa J. Coley, Appellant Pro Se. Barbara Dickerson Kocher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosa J. Coley appeals the district court's order dismissing her civil complaint for failure to prosecute. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Coley v. Social Security Admin., CA-99-152-4-1H (E.D.N.C. June 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2